**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**UNITED STATES OF AMERICA**                                            **PLAINTIFF**

**v.**                              **CASE NO. 4:26-CV-00087-BSM**

**$7,910 IN U.S. CURRENCY**                                            **DEFENDANT**

**<u>JUDGMENT</u>**

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 15th day of June, 2026.


_____
UNITED STATES DISTRICT JUDGE